**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23585-CIV-WILLIAMS**

SEIDA MARTINEZ,

     Plaintiff,

vs.

CELEBRITY CRUISES INC., *et al.*,

     Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres' Report & Recommendation. (DE 18). The Report recommends that the Court deny Defendant Celebrity Cruises, Inc.'s motion to dismiss. No objections to the Report were filed. Accordingly, after a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 18) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion to dismiss (DE 8) is **DENIED**.

3. Defendant shall file an answer to Plaintiff's complaint on or before February 22, 2021.

     **DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of February, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE